**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BYOAPPS, LLC,<br>Plaintiff,<br>v.<br>TIMELESS COSMETICS, LLC, et al.,<br>Defendants. | Case No. 2:25-cv-1925-RAO<br><br>**JUDGMENT** |

In accordance with the Order Granting Motion for Summary Judgment issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED: November 6, 2026

Rozella A. Oliver

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE